IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| RICK D. SENFT,<br><br>Plaintiff,<br><br>v.<br><br>LINKEDIN CORPORATION,<br><br>Defendant. | No. 2:12-cv-1882-LPL<br><br><br><br><br><br><br><br>**Electronically Filed** |

### NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE

PLEASE TAKE NOTICE that, pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff Rick D. Senft hereby dismisses the above-referenced action with prejudice.

Dated: January 11, 2013

Fox Rothschild LLP

s/ Jay D. Marinstein
Jay D. Marinstein
Pa. ID No. 53163
Matthew S. Payne
Pa. ID No. 203028

625 Liberty Avenue, 29th Floor
Pittsburgh, PA 15222-3115
Telephone: (412) 391-1334
Facsimile: (412) 391-6984
jmarinstein@foxrothschild.com
mpayne@foxrothschild.com

*Counsel for Plaintiff Rick D. Senft*